RECEIVED

06 APR 27 PM 3:30

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| RPOST INTERNATIONAL LTD., RPOST US, INC. AVION<br>Plaintiff(s),<br><br>v.<br><br>AUTHENTIX - AUTHENTICATION TECHNOLOGIES LTD. PROPAT<br>Defendant(s). | CASE NO. 06-cv-1193-EMC<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Timothy W. Johnson _____, an active member in good standing of the bar of Texas _____, whose business address and telephone number is _____ 7519 Apache Plume, Houston, Texas 77071; Telephone (713) 729-4981 Fax (713) 729-4951 _____,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PROPAT INTERNATIONAL,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 28, 2006

_____
Hon. Edward M. Chen
United States District/Magistrate Judge