Henry Ben-Zvi, State Bar No. 105419
BEN-ZVI & ASSOCIATES
3231 Ocean Park Blvd., Suite 212
Santa Monica, California 90405
Phn: 310.664.1570
Fax: 310.664.1571
E-Mail: henry@ben-zvilaw.com

Attorneys for Plaintiffs RPost International Ltd.,
RPost US, Inc., and Avion Microservices, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPOST INTERNATIONAL LTD., RPOST US, INC., AND AVION MICROSERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTHENTIX – AUTHENTICATION TECHNOLOGIES LTD., PROPAT INTERNATIONAL CORPORATION, and DOES 1 THROUGH 10,<br><br>Defendants | CASE NO. C 06 1193 EMC<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES |

|   |   |
|---|---|
| 1 | FOR GOOD CAUSE SHOWN, Plaintiffs RPost International Ltd., RPost US, Inc., and |
| 2 | Avion Microservices, Inc. (collectively "RPost") motion to continue the Case Management |
| 3 | Conference and the dates related to that Conference is GRANTED, and the dates set forth in the |
| 4 | Court's February 17, 2006, Order Setting Initial Case Management Conference and ADR Deadlines |
| 5 | are VACATED. The Court will issue a new order concerning the Initial Case Management |
| 6 | Conference and ADR Deadlines once Defendant Authentix - Authentication Technologies, Ltd. has |
| 7 | appeared in this lawsuit. New deadlines as follows: 9/13/06 1:30 p.m. Case Management Conference, |
| 8 | 9/6/06 Joint Case Management Statement and Rule 26(f) report due; 8/23/06 Last day to meet and confer re initial disclosurs, etc. |
| 9 | Dated: May 11, 2006          /s/ Edward M. Chen |
|   |                                          United States Magistrate Judge |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE IS RELATED TO C06 1193 EMC

CASE NO. C 02 2475 MJJ

-1-