IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPOST INTERNATIONAL LTD., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AUTHENTIX – AUTHENTICATION TECHNOLOGIES LTD., et al.,<br><br>    Defendants.<br>_____/ | No. C-06-1193 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>(Docket No. 29) |

    Before the Court is plaintiffs' administrative motion, filed June 23, 2006, seeking an order vacating the June 30, 2006 case management conference. Plaintiffs state therein they have not yet served the only remaining defendant, Authentix-Authentication Technologies, Ltd. ("Authentix"), and that they are uncertain how long it will take to effect service on Authentix pursuant to the Hague Convention.

    Plaintiffs have shown good cause for continuing, but not vacating, the case management conference.

    Accordingly, the June 30, 2006 case management conference is hereby CONTINUED to September 1, 2006 at 10:30 a.m. A joint case management statement

/ /

shall be filed no later than August 25, 2006.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated: June 23, 2006

MAXINE M. CHESNEY
United States District Judge