1  Timothy W. Johnson
   7519 Apache Plume
2  Houston, TX 77071
   (713) 729-4981 Telephone
3  (713) 729-4951 Facsimile
   litigation@houston.rr.com
4  Pro Hac Vice pending
   Attorney for the Defendant
5  Propat International Corp.

6

7               UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 RPOST INTERNATIONAL LTD., RPOST US, INC., and AVION MICROSERVICES, INC. | Civil Action No. CV-06-1193 (MMC) |
| 11       Plaintiff, | ORDER ON DEFENDANT PROPAT INTERNATIONAL |
| 12 vs. | CORPORATION'S REQUEST TO APPEAR BY TELEPHONE |
| 13 AUTHENTIX - AUTHENTICATION | |
| 14 TECHNOLOGIES LTD., an Israel corporation; PROPAT INTERNATIONAL CORP., a Texas | Date:  August 2, 2006 Time:  1:30 p.m. |
| 15 corporation, and DOES 1 through 10. | |
| 16       Defendants. | |

Defendant Propat International Corp. ("Propat") has requested to appear by telephone on the hearing for its Motion for Sanctions Pursuant to Fed. R. Civ. P. 11. Plaintiffs have consented to Propat's request. The Court hereby GRANTS Propat's request.

ACCORDINGLY, Propat's counsel may appear by telephone for the hearing on the motion for sanctions. Propat's counsel shall dial in for the hearing at the following telephone number: 510-637-3909, at 1:30 p.m. on August 2, 2006.

Signed this 26th day of July, 2006.

                                    /s/ Wayne *D. Brazil*
                                   WAYNE D. BRAZIL
                                   United States Magistrate Judge

Copies to:
Parties, WDB, Stats