Henry Ben-Zvi, State Bar No. 105419
BEN-ZVI & ASSOCIATES
3231 Ocean Park Blvd., Suite 212
Santa Monica, California 90405
Phn: 310.664.1570
Fax: 310.664.1571
E-Mail: henry@ben-zvilaw.com

Attorneys for Plaintiffs RPost International, Ltd.,
RPost US, Inc. and Avion Microservices, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPOST INTERNATIONAL LTD., RPOST US, INC., AND AVION MICROSERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AUTHENTIX – AUTHENTICATION TECHNOLOGIES LTD., PROPAT INTERNATIONAL CORPORATION, and DOES 1 THROUGH 10, <br><br> Defendants. | CASE NO. C06 1193 MMC <br><br> NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO DEFENDANT AUTHENTIX - AUTHENTICATION TECHNOLOGIES LTD. |

1       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs RPost

2  International Ltd., RPost US, Inc., and Avion Microservices, Inc., give notice of voluntary

3  dismissal of the action <u>without prejudice</u> only as to Defendant Authentix - Authentication

4  Technologies Ltd.

5

6  Dated: August 17, 2006           Respectfully submitted,

7                              BEN-ZVI & ASSOCIATES

8

9                              By:  s/Henry Ben-Zvi

10                                Henry Ben-Zvi
Attorneys for Plaintiffs RPost International Ltd.,

11                              RPost Us, Inc. and Avion Microservices, Inc.

12

13

14  Dated: August 17, 2006



IT IS SO ORDERED

Judge Maxine M. Chesney